UST-32A, 3-03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| DERRICK D. RICHARD | ) | CASE NO. 3:14-BK-03545-DPC |
| GAIL A. RICHARD | ) | |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtors | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $*2684.06**to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

*Jun 18, 2015*
DATE

Daniel P. Collins
UNITED STATES BANKRUPTCY JUDGE