*15*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 7 |
| Derrick D Richard | |
| Gail A. Richard | Case Number 14-bk-03545-PCTDPC |
| Debtor (s) | |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to _Derrick Richard / Gail Richard_

in the amount of $ _2,684.06_ and said check having not been cashed by said payee, the

Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to

the Clerk, U. S. Bankruptcy Court, which was deposited in the United States Treasury.

Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money

to _Derrick Richard and Gail Richard_ .

I declare under penalty of perjury that the information provided in this application for payment of unclaimed funds is true and correct.

_____  *Derrick Richard*
*Signature required*

**FILED**

FEB 1 0 2016

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re:

Derrick D. Richard
Gail A Richard

Case Number: 14-bk-03545-PCT DPC

Chapter: 7

Debtor(s)

## NOTICE OF SERVICE

Notice is hereby given that on ___2/8/16___, a copy of the Application for

Payment of Unclaimed Funds was mailed to the office of the United States Attorney for the

District of Arizona, **2 Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix,**

**Arizona 85004.**

by: _____ Derrick Richard

**Signature Required**